AO 245B (Rev. 06/05) Judgment in a Criminal Case
Sheet 2 - Imprisonment

Judgment-Page 2 of 6

DEFENDANT: EVELYN DJOUMESSI
CASE NUMBER: 05CR80110-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **60 months**

The court makes the following recommendations to the Bureau of Prisons: **that the defendant participate in Comprehensive Drug Tretment Program**

The defendant shall surrender for service of sentence at the institutuion designated by the Bureau of Prison: **as notified by the United States Marshal.**

# RETURN OF JUDGMENT & COMMITMENT



FILED
AUG 23 2007
CLERK'S OFFICE
DETROIT

ENTERED

## RETURN

I have executed this judgment as follows:

Defendant delivered on  08/03/07  to  FMC  a
Lexington, Ky , with a certified copy of this judgment.

_____Stephen M. Duward, Warden_____
United States Marshal

_____
Deputy United States Marshal